# UNITED STATES DISTRICT COURT
## for the District of New Hampshire

| | |
|---|---|
| STEPHANIE FLANDERS,      )<br>       Plaintiff            )<br>                              )<br>v.                             )<br>                              )<br>CHARTWELL MANAGEMENT, LLC, )<br>       Defendant     )| Civil Action No. 1:20-cv-00340-JL |

## STIPULATION OF DISMISSAL

NOW COME the parties in the above-entitled action, and, pursuant to the provisions of Fed. R. Civ. P. 41(a)(l)(A)(ii), hereby stipulate that all claims of said action be dismissed with prejudice on all counts and without costs. All rights of appeal are waived.

| | |
|---|---|
| Respectfully submitted<br>The Plaintiff,<br>By her attorney, | Respectfully submitted,<br>The Defendant,<br>By its attorney, |
| */s/ Charles G. Douglas*<br>Charles G. Douglas BBO# 669<br>Douglas, Leonard & Garvey<br>14 South Street, Suite 5<br>Concord, NH 03301<br>(603) 288-1403 | */s/ Stephen A. Duggan*<br>Stephen A. Duggan BBO# 11280<br>The Hanover Law Group<br>225 Friend Street, Suite 505<br>Boston, MA, 02114<br>(603) 471-6811 |

Dated: October 29, 2020